IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES W. WHITE,<br>　　Plaintiff,<br><br>v.<br><br>HITACHI, LTD., HITACHI GLOBAL<br>STORAGE TECHNOLOGIES, INC.,<br>TECHNOLOGIES NETHERLANDS B.V.,<br>and HITACHI METALS, LTD.,<br>　　Defendants. | 3:04-cv-20<br><br>Phillips |

## O R D E R

This matter is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley, Jr. [Doc. 84]. Plaintiff has filed a motion requesting that the court accept the recommendation of the magistrate judge [Doc. 85]. Defendants have filed notice of non-opposition to and acceptance of the report and recommendation [Doc. 86].

After a careful review of the report and recommendation and the record, the court is in complete agreement with the magistrate judge's determinations. For the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, defendants' motion to stay pending re-exam and request for oral argument [Doc. 71] is **GRANTED**, with the exception of matters involving the licensing issue. As to the licensing issue, the parties should continue to engage in discovery and file any

necessary dispositive motions in accordance with the current scheduling order. Additionally, plaintiff's motion is **GRANTED**; the parties should schedule a case management conference with the magistrate judge to set dates relating to the licensing issue.

    **IT IS SO ORDERED.**

                                    **ENTER:**

                                    ___s/Thomas W. Phillips___
                                    **UNITED STATES DISTRICT JUDGE**