UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES W. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-020 |
| ) | (Phillips/Shirley) |
| HITACHI, LTD., HITACHI GLOBAL ) | |
| STORAGE TECHNOLOGIES, INC., ) | |
| TECHNOLOGIES NETHERLANDS B.V., ) | |
| and HITACHI METALS, LTD., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

The undersigned conducted a case management conference in this case on June 30, 2005. Based upon the agreement of the parties, and for good cause shown, the Scheduling Order [Doc. 31] is hereby **AMENDED** as follows:

1. Dispositive motions regarding the licensing issue shall be filed on or before **October 7, 2005.**

2. Responses to dispositive motions regarding the licensing issue shall be filed on or before **November 4, 2005.**

3. Replies to dispositive motions regarding the licensing issue shall be filed on or before **November 18, 2005.**

4. All discovery regarding the licensing issue shall be completed on or before **November 18, 2005.**

**IT IS SO ORDERED.**

ENTER:

<u>   s/ C. Clifford Shirley, Jr.   </u>
United States Magistrate Judge