IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES W. WHITE,  )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> HITACHI, LTD., HITACHI GLOBAL STORAGE  )  <br> TECHNOLOGIES, INC., and HITACHI GLOBAL  )  <br> STORAGE TECHNOLOGIES NETHERLANDS B.V.,  )  <br> Defendants.  ) | No. 3:04-CV-20 <br> (Phillips) |

## ORDER

This matter is before the court on the plaintiff's motion to lift the stay in this case [Doc. 189]. In support of the motion, plaintiff states that this action was stayed by the court pending re-examination of U.S. Patent No. 4,870,519. Re-examination is now complete, and plaintiff requests a lift of the stay and requests a case management conference. Defendants agree that the stay of litigation should be lifted and that the court should schedule a case management conference governing further proceedings in this action [Doc. 191]. Accordingly, plaintiff's motion to lift the stay [Doc. 189] is **GRANTED,** and this matter is set for a case management conference on **JUNE 4, 2009 at 1:00 p.m.**

**IT IS SO ORDERED.**

**ENTER:**

      s/ Thomas W. Phillips
    United States District Judge