# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| JAMES W. WHITE,<br>        Plaintiff,<br><br>v.<br><br>HITACHI, LTD., HITACHI GLOBAL STORAGE<br>TECHNOLOGIES, INC., and HITACHI GLOBAL<br>STORAGE TECHNOLOGIES NETHERLANDS B.V.,<br>        Defendants. | )<br>)<br>)<br>)      No. 3:04-CV-20<br>)      (Phillips)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

In accordance with the court's memorandum and order entered September 17, 2007 [Doc. 179], finding there are no disputed issues of material fact and that the terms of the IBM-White license, applicable law, and principles of equity all support the validity of the assignment of the IBM-White license by IBM to Mariana/HGST B.V., which then validly sublicensed HGST, Inc., the court found that the Hitachi defendants are entitled to summary judgment that they have not infringed the '519 patent and that HGST B.V. and HGST, Inc. are licensed to practice the '519 patent.  Accordingly, defendants' motion for summary judgment [Doc. 118] is **GRANTED**, and plaintiff's cross motion for summary judgment [Doc. 130] is **DENIED.**

All other pending matters in this action have been settled and dismissed in accordance with the parties' Joint Stipulated Dismissal and Proposed Final Order dated February 1, 2010.

Accordingly, **IT IS ORDERED AND ADJUDGED** that this action is hereby **DISMISSED.**

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge